UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60280-CIV-COHN/SELTZER

CHRISTOPHER D. MARKLEY,

    Plaintiff,

v.

LOU BACHRODT CHEVROLET, INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice as to Lou Bachrodt Chevrolet [DE 13] ("Stipulation").  The Court has reviewed the Stipulation and the record in this case, and is otherwise advised in the premises.  It is thereupon

**ORDERED AND ADJUDGED** that the Joint Stipulation of Dismissal with Prejudice as to Lou Bachrodt Chevrolet [DE 13] is **APPROVED**.  This action is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees, except as the parties have otherwise agreed.  The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of May, 2016.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF